# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RNL INVESTMENTS INC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JACK R BERLAU, et al.,<br><br>　　　　　Defendants. | Case No. 18-cv-06702-JST<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: ECF No. 4 |

The Court has reviewed Magistrate Judge Sallie Kim's report and recommendation to remand this case. ECF No. 4. The time to file objections has passed, and no objections have been received. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this case is hereby remanded to the Superior Court of California for Contra Costa County. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January 18, 2019



JON S. TIGAR
United States District Judge